FILED
10/19/2023
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

NUECES COUNTY MAGISTRATE COURT
JUDGE: LINDA J. RHODES-SCHAUER
JUDGE: MELISSA MADRIGAL

NUECES COUNTY JAIL / 901 LEOPARD STREET CORPUS CHRISTI, TEXAS 78401
(361) 887-2277 OR (361) 887-2376 (361) 887-2317 FAX

CV-23-00479-TUC-JGZ--MSA

THE STATE OF TEXAS §
VS. § NUECES COUNTY, TEXAS
ADAM LEAL GARCIA § (DEFENDANT IS CURRENTLY IN JAIL: YES)
SO. NO 10143426 (KADES BEAUMONT PAYROLL, EIN: 159112885 (IRS)) HELP F.B.I.

CASE NO. 22MC-02794 CHARGE: 30.05(D)(1) CRIMINAL TRESPASS, CLASS B MISDEMEANOR

CASE NO. 22MC-02795 CHARGE: 38.03(A) RESIST ARREST SEARCH OR TRANSP, CLASS A MISDEMEANOR

PLEASE HELP, BUT ALSO UNCOVER, CORRUPTION/CORRUPT DATABASE ALSO INVOLVING CONTRACTS THAT ARE MISSLEADING. BE ADVISE YOU DO HAVE MY CONSENT TO PROVIDE THIS DOCUMENT'S, PAPERWORK LEGAL INFORMATION INVOLVING NUMBER OF ("4") FEDERAL BANK'S IN CORPUS CHRISTI, TEXAS. (1) FROST BANK INSURANCER OF BULL'S BAIL BOND, HAS ("2") OTHER PRISONER ON LEGAL FORM'S OF "POWER OF ATTORNEY," (2) THE NORTH RIVER INSURANCE COMPANY, INSURANCER OF POWER OF ATTORNEY" CASE NO. 21FC-12706 ALSO MOTION TO DISMISS, LEGAL FORM STATES: NOW COMES THE STATE OF TEXAS BY AND THROUGH "HER" ATTORNEY, WHO, WHY, BEING USED ON AND AS "HEY" STATED WHO IS HER AND WHY IS HER ATTORNEY UNABLE TO CONTACT VICTIM DESPITE MULTIPLE ATTEMPTS.

CASE NO. 1:23-CV-00194-H HELPING I'M PISSED
CASE NO. 4:23-CV-00987-O PLEASE UNDERSTAND
CASE NO. 5:23-CV-00227-H I TOOK NOKIA COPY RIGHTS (FACEBOOK)
PLEASE SOME ONE HAS NOT 2 AND 2 COMPUTER TRASH BIN

I WAS GIVEN (ORIGINAL - WHITE) LEGAL FORM WAS FILED OF CAUSE NO. 21FC-1270C IN THE 94TH DISTRICT COURT NUECES COUNTY, TX.

ALMA'S USED A NEW JERSEY INSURANCE COMPANY, ALSO INCLUDING ON CONTRACT INVOLED WITH WHAT FEDERAL BANK, BECAUSE INSURANCE COMPANY THE NORTH RIVER INSURANCE COMPANY
MICHEAL ZIEMMER GAVE $14,000.00 TO BOND COMPANY; ALMA'S BAIL BOND
MY MOTHER PAYED $150.00 TO ALMA'S BAIL BOND
$10,000.00 WENT TO POWER OF ATTORNEY, LEGAL FORM STATED (S-0075NY REV. (06/18))
I CANT GET MY ATTORNEY INVOLED SO I NEED FEDERAL - BUREAU - OF - INVESTIGATION OF THE UNITED STATES OF AMERICA INVOLED
PLEASE LOOK INTO ALL OF (ADAM LEAL GARCIA) DO.B: 03/09/1989 LAST 4 SSN#: 7024
BAIL BONDS OF S.I.D# 10143426.
ALL DOCUMENT'S ARE CORRUPTED/CORRUPTION.
I HAVE HANDWRITTEN EVER FEDERAL COURT IN TEXAS FOR HELP IN DIFFERENT SITUATION INCLUDING ③ WELLS FARGO BANK, ④ VALUE BANK, I HAVE BOTH (VAULT KEYS) INSIDE PERSONAL PROPERTY OF WALLET ALONG WITH VIDEO'S, PICTURE'S OF INFO,
MAY 10, 2021 HIJACKING OF PIPELINE, STOCKMARKET ALSO (TURBO-TAX-INTUIT-QUICKBOOKS) ACCOUNT CODED ACCOUNT'S MADE LOOK AT FACEBOOK ACCOUNT'S OF ADAM LEAL GARCIA. ALSO BACKPACK ADD ON, I.R.S 16 FLOOR, SAME BUILDING, IS OIL & GAS COMPANY SUITE 900 MY TWIC CARD IS RUNNING WITH OSHA IN CALIFORNIA, CCPD TOLD / RAN IN DATABASE